UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURWOOD L. PRICE,

        Plaintiff,

Case No. 1:07-cv-117

Hon. Robert J. Jonker

vs.

PATRICIA CARUSO,

        Defendant.

                                       /

### ORDER

This matter is now before the court on plaintiff's "letter motion" regarding service of defendant (docket no. 18). As an initial matter, plaintiff's "letter motion" is improperly before the court. The local rules provide that "[a]ll motions, except those made during a hearing or trial, shall be accompanied by a supporting brief." W.D. Mich. LCivR 7.1(a). In addition, "[b]riefs shall not be submitted in the form of a letter to the judge." *Id.* Plaintiff's motion violates both of these rules and should have been rejected for filing in this court. Plaintiff is placed on notice that his failure to comply with the Federal Rules of Civil Procedure and the court's local rules may result in the rejection or striking of his motions and other papers filed in this court. Furthermore, the record reflects that defendant has been served. Accordingly, plaintiff's motion is **DENIED**.

       **IT IS SO ORDERED.**

Dated: October 3, 2007                            /s/ Hugh W. Brenneman, Jr.
                                                              HUGH W. BRENNEMAN, JR.
                                                               United States Magistrate Judge